United States District Court
Southern District of Texas
**ENTERED**
August 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| NERLIN JOHAN RODRIGUEZ CASTRO,<br>“Petitioner,”<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br>*in their official capacities,*<br>“Respondents.” | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-00787 |

**ORDER**

Before the Court is Petitioner’s “Notice of Voluntary Dismissal” (Dkt. No. 6). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the “Petition for Writ of Habeas Corpus” (Dkt. No. 1) is hereby **DISMISSED without prejudice**. Petitioner’s “Emergency Motion for Temporary Restraining Order and Preliminary Injunction” (Dkt. No. 3) is further **DENIED** as moot. The Clerk of the Court is **INSTRUCTED** to close this case.

SIGNED this August 3, 2026

Rolando Olvera
United States District Judge